# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re   JAQUELINE R. MARSHALL, | : | Chapter 7 |
| Debtor | : | |
| | : | Bky. No. 18-15802 ELF |
| | : | |
| AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, LOCAL 2187, | : | |
| Plaintiff | : | |
| v. | : | Adv. No. 18-254 |
| JACQUELINE R. MARSHALL, | : | |
| Defendant | : | |

# O R D E R

**AND NOW**, following trial of the above adversary proceeding, and for the reasons stated in the accompanying Opinion, it is hereby **ORDERED and DETERMINED** that:

1. Defendant-Debtor Jacqueline R. Marshall's debt to the American Federation of State, County and Municipal Employees Local 2187 is **NONDISCHARGEABLE** to the extent stated below.

2. The portion of the debt referred to in the Opinion as "the First Overpayment" is **NONDISCHARGEABLE** to the extent that the payments were received by the Debtor after **April 21, 2014**.

3. The portion of the debt referred to in the Opinion as "the Second Overpayment" is **NONDISCHARGEABLE**.

1

4. The portion of the debt referred to in the Opinion as "the Transcript Costs" are

   **DISCHARGEABLE**.

Date:  **October 2, 2020**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**